IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 1:20-cv-01482-CMA-SKC

ANTHEM LIFE INSURANCE COMPANY,

    Plaintiff,

v.

CONNIE GARRETT, LISA GARDNER,
CADEN KOKES, ESTATE OF DOUGLAS KOKES,

    Defendants.

---

**CONSENT ORDER DISCHARING
ANTHEM LIFE INSURANCE COMPANY FROM LIABILITY**

---

Pursuant to the Joint Stipulation of Dismissal and Consent Order Discharging Anthem Life Insurance Company from Liability (Doc. #26) it is

ORDERED:

    A.    Anthem, as well as its past, present, and future parents, subsidiaries, affiliates, successors, assignees, agents, producers, servants, employees, officers, directors, principals, representatives, attorneys, and insurers, and any plan sponsor and plan administrator, are hereby discharged and dismissed with prejudice from this action and from any and all liability to Defendant Connie Garrett, Defendant Lisa Gardner, Defendant Caden Kokes, and Defendant Kate Smith, as Personal Representative of the Estate of Douglas Kokes, or any other person or entity in connection with, arising out of,

or relating to the Policy, the disputed death benefit, and/or any claims that were or that could have been asserted in this action by any such person or entity.

B. The Defendants, or any other claimant to the death benefit, and their agents, attorneys, and assigns are permanently enjoined from instituting or prosecuting any proceeding in any state or United States court against any plan sponsor, plan administrator, and Anthem, as well as its past, present, and future parents, subsidiaries, affiliates, successors, assignees, agents, producers, servants, employees, officers, directors, principals, representatives, attorneys, and insurers relating to or arising from the Policy, the death benefit payable under the Policy, and/or the death of Douglas J. Kokes as to all claims, charges, demands, or otherwise that exist now or may arise at any time in the future.

C. This action is hereby dismissed with prejudice, with each party responsible for its own attorney's fees except as otherwise agreed in writing by the parties.

DATED: November 30, 2020

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge